106 F.3d 394
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Henry WATSON, Plaintiff-Appellant,
v.
S. ALLEN, M.D., Defendant-Appellee.
Henry WATSON, Plaintiff-Appellant,
v.
S. ALLEN, M.D., Defendant-Appellee.
 Nos. 96-7266, 967388.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 9, 1997.
Decided Jan. 23, 1997.
 
 Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-96-504-BR)
 Henry Watson, Appellant Pro Se.
 Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant, a North Carolina, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act ("PLRA"), Pub.L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Watson v. Allen, No. CA-96-504-BR (E.D.N.C. July 30, 1996). We modify the district court's order to reflect that the dismissal is without prejudice. 28 U.S.C. § 2106 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED AS MODIFIED